## DOROTHY CABRAL *v.* ALBERT LEE
## (6967)

BORDEN, STOUGHTON and NORCOTT, Js.

Argued March 8—decision released March 15, 1989

*Leon O. Gross,* for the appellant (plaintiff).
*Barry T. Pontolillo,* for the appellee (defendant).

PER CURIAM. There is no error.

## MATHEW CHMURA *v.* A. GERVASIO CONSTRUCTION COMPANY, INC.
## (7102)

SPALLONE, O'CONNELL and FOTI, Js.

Argued March 16—decision released March 22, 1989

*Homer G. Scoville,* for the appellant (defendant).
*John K. Harris, Jr.,* for the appellee (plaintiff).

PER CURIAM. There is no error.